UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KANAN MUSTAFA,   Case No. 22-CV-0011 (PJS/JFD)

    Petitioner,

v.   **ORDER ON REPORT AND RECOMMENDATION**

WARDEN JEFFREY FIKES,
FCI-Sandstone,

    Respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner Kanan Mustafa's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **DENIED**;

3. Mr. Mustafa's Motion to Expedite (Dkt. No. 13) is **DENIED AS MOOT**;

4. Mr. Mustafa's Emergency Motion to Expedite re: CARES Act (Dkt. No. 14) is **DENIED AS MOOT**; and

5. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

Dated: September 16, 2022        <u>s/Patrick J. Schiltz</u>
                                 PATRICK J. SCHILTZ
                                 Chief Judge United States District Court